CHAd Tingley # 217685
_____
Name and Prisoner/Booking Number

Whetstone UNIT
_____
Place of Confinement

pc Box - 24402
_____
Mailing Address

Tucson   ARizona   85734
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| FILED | ✓ | LODGED |
|---|---|---|
| RECEIVED | | COPY |
| | MAY   5 2023 | |
| | CLERK US DISTRICT COURT DISTRICT OF ARIZONA | |
| BY | | DEPUTY |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

CHAd Tingley                    ,
_____
(Full Name of Plaintiff)

                Plaintiff,

v.

(1) hANk DANnel's —              ,
_____
(Full Name of Defendant)

(2) BRiAN  McIntyre,             ,

(3) KRistAn  MAyes —             ,

(4) Attorney  generAl  AZ ,
                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV-23-215-TUC-JAS(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _____

Revised 3/11/16                                1                          **550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _MARK DANNELS_.  The first Defendant is employed
as: _Cochese County Sheriff_ at _police station_.
(Position and Title)                                    (Institution)

2.  Name of second Defendant: _BRIAN MCINTYRE_  The second Defendant is employed as:
as: _COCHESE County Attorney_ at _County Atty office_.
(Position and Title)                                    (Institution)

3.  Name of third Defendant: _KRISTON MAYES_.  The third Defendant is employed
as: _Attorney General_ at _ARIZONA_.
(Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____.  The fourth Defendant is employed
as: _____ at _____.
(Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _8TH Amendment_
_County prisons 41- Health care #B-31-163, JAiL's_

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   ☐ Basic necessities       ☐ Mail              ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: _County JaiL MedicAL_

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_Dec 1st 2022 - Inmate was exposed To mold in_
_Jail cells - cochese county, Arizona, Please City - AZ_
_causing Rash on his neck - medical Failed To_
_provide Adequet Treatment, placing him in_
_inmawate Danger, violation of the 8th iand_
_14th Amendments of United States Constitution_
_Rights -_
_Also medical conditions Report 28-300f_
_policy not provided,_      _Exposure over the course_
_of About 3-months -_

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_Rash on Neck That Not Being Treated Has now_
_Caused permanate Damage, And possible Lung-_
_cancer, At Age 50 years old,_

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                            ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?         ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _See Grievance copie Next page's -_

# Cochise County Jail Inmate Grievance – Level One

To: Grievance officer _____ Received By: _____ Date/Time: _____

From: Chad Tingley _____ 88875 _____ SF 15 _____ 1-2-23
    Inmate Name _____ Booking # _____ Pod/Cell # _____ Date

I. Grievance (To be completed by Inmate): Describe the reasons and nature for your complaint.

Medical malpractice Stopping and prescribing meds by not
a MD prescribing meds to me that in the drug code
Specificly state not to proscribe when I take siezure
medication

II. Grievance (To be completed by Inmate): Document reasonable attempts to resolve complaint informally prior to filing this formal grievance.

been talking with nurses for a month now
with severe rash and side affects and not
one nurse knew what they were doing
total malpractice

III. Grievance (To be completed by Inmate): Explain your reasonable proposed resolution.

return my medical fees since ARS states
anyone with chronic care conditon (HIV)
can not be charged medical copays
and bogus medical was issued to him to stop
an meds because Medical is not educated

_____ Chad Tingley _____ 1/2/23
Inmate Signature _____ Date

IV. Duty Officer's resolution (to be completed by duty officer prior to forwarding to Shift Supervisor):

Fwd to medical The two meds not continued upon your
arrival are not formulary meds & were not continued
for that reason. A doctor did make those decisions &
also reviews the formulary annually. The ARS statute
states that you may be charged a reasonable fee

_____ RM _____ 01/09/23
Officer's Signature _____ Date

for all health visits & also for prescriptions.
McGuffel 1/11/2023

# Cochise County Jail Inmate Grievance – Level One

V.  Shift Supervisor's or assigned officer's action and receipt (informal):  I have addressed the nature of the complaint of the above named inmate and have taken the following action:

*Response from medical in section IV.*

_____   Return a copy to inmate if resolved.

Supervisor's Signature                                    Date

_____ File in "Grievance File" (informally resolved).      Tracking #: _27002_

_____ Continue as a Formal Grievance

_____
Inmate Signature                                     Date

---

**DATE RECEIVED:** _____          **NUMBER:** _____

VI.  Investigating Officer's Response (Formal):  I have investigated the above grievance and have taken the following action:

_____

_____

_____

_____

_____

_____

_____

_____

_____   Return a copy to inmate.

Investigating Officer Signature                          Date

_____
Inmate Signature                                     Date

---

**TO INMATE**:  IF NOT SATISFIED WITH THE INVESTIGATING OFFICER'S RESOLUTION, SUBMIT A LEVEL-TWO GRIEVANCE APPEAL FORM WITHIN 3 DAYS OF RECEIPT TO THE JAIL COMMANDER.

# Cochise County Jail Inmate Grievance – Level One

To: _Grieave officer_   Received By: _____ Date/Time: _____

From: _Chris Tingley_   _88825_   _SE 15_   _1/9/23_
    Inmate Name      Booking #     Pod/Cell #      Date

I.  Grievance (To be completed by Inmate):  Describe the reasons and nature for your complaint.

being denied proper medical needs for my
Cronic care condition HIV current meds not
working I have right to proper medical needs
wether Cochise can afford it or not

II.  Grievance (To be completed by Inmate): Document reasonable attempts to resolve complaint informally prior to filing this formal grievance.

April states they dont use meds prescribed by other
facilities so new blood work needs to be done
and im have Syphilis and medical is flat refusing to
treat my health needs reporting this to the medical
board for fraudulent billing as well "fraud"

III.  Grievance (To be completed by Inmate): Explain your reasonable proposed resolution.

take the proper blood work treat me for my
Stds and change my meds apropriatly
Why are my medical Grievances being
Ignored

_Chris Tingley_   _1/9/23_
Inmate Signature        Date

IV.  Duty Officer's resolution (to be completed by duty officer prior to forwarding to Shift Supervisor):

FWD to Medical

_JF_   _1/9/23_
Officer's Signature      Date

# Cochise County Jail Inmate Grievance – Level One

V.  Shift Supervisor's or assigned officer's action and receipt (informal):  I have addressed the nature of the complaint of the above named inmate and have taken the following action:

_____

_____

_____

_____

_____

_____ Return a copy to inmate if resolved.
<br>Supervisor's Signature                              Date

_____ File in "Grievance File" (informally resolved).          Tracking #: 22 - 022

_____ Continue as a Formal Grievance

_____
<br>Inmate Signature                                             Date

---

**DATE RECEIVED:** _____          **NUMBER:** _____

VI.  Investigating Officer's Response (Formal):  I have investigated the above grievance and have taken the following action:

_____

_____

_____

_____

_____

_____

_____

_____ Return a copy to inmate.
<br>Investigating Officer Signature                         Date

_____
<br>Inmate Signature                                             Date

---

**TO INMATE**:  IF NOT SATISFIED WITH THE INVESTIGATING OFFICER'S RESOLUTION, SUBMIT A LEVEL-TWO GRIEVANCE APPEAL FORM WITHIN 3 DAYS OF RECEIPT TO THE JAIL COMMANDER.

# LEVEL-TWO, INMATE GRIEVANCE APPEAL FORM

To: **JAIL COMMANDER**   Received By: _839_   Date/Time: _01·20·2023 @2000_

From: _Chad Tingley_   _88875_   _SE 15_   _1/20/23_
Inmate Name   Booking #   Pod/Cell #   Date

I.   **GRIEVANCE APPEAL** (to be completed by inmate):

I am appealing the decision of the Hearing Officer (grievance and response attached) for the following reason (s):

_I was prescribed mental meds by a doctor and cochise Jail stopped them and refused me mental treatment prescribed me meds that caused a reaction and the ARS does state that fees Cant be charged to me when I have cronic illness DOC cant charge me so neither can Cochise County and its the public health Dept they dont charge, so why does the Jail think they can charge a inmate i read the Law and will be filing a Law suit_

_Chad Tingley_   _1/20/23_
Inmate Signature   Date

If this appeal concerns medical care, I hereby grant jail personnel involved with its resolution, access to my medical file.

_Chad Tingley_   _1/20/23_
Inmate Signature   Date

II.   **JAIL COMMANDER'S RESPONSE:**

I have reviewed the attached grievance and response.  It is my recommendation that the following action be taken:

_____

_____

_____

_____

_____ return copy to inmate.

_____
Jail Commander Signature   Date

_____ File in "Grievance File" (RESOLVED)

_____ File in "Grievance File" (UNRESOLVED)

_____
Inmate Signature   Date

**TO INMATE:  THE JAIL COMMANDER'S DECISION IS FINAL AND NOT SUBJECT TO ADMINISTRATIVE APPEAL. THIS CONCLUDES THE FORMAL INMATE GRIEVANCE PROCEDURE.  YOU MAY ELECT TO FILE A COMPLAINT WITH THE FEDERAL DISTRICT COURT.**

# Cochise County Jail Inmate Grievance – Level One

To: Grievance Officer          Received By: OOC Wessollek          Date/Time: 01/20/23, 1530

From: Chad Tingley          Booking #: 88875          Pod/Cell #: SE15          Date: 1/20/23

**I. Grievance (To be completed by Inmate):** Describe the reasons and nature for your complaint.

Under the ARS inmates sentenced to DOC are to be sent to DOC within 10 days according to the law. Jail is considered cruel unusual punishment after sentencing

**II. Grievance (To be completed by Inmate):** Document reasonable attempts to resolve complaint informally prior to filing this formal grievance.

This is my attempt to resolve this issue

**III. Grievance (To be completed by Inmate):** Explain your reasonable proposed resolution.

Move me to DOC or I'm filing Constitutional violations law suit

Chad Tin          Date: 1/20/23
Inmate Signature

**IV. Duty Officer's resolution (to be completed by duty officer prior to forwarding to Shift Supervisor):**

The DOC package is not issued by the county jail. The DOC package will be send from the court to the county jail after sentencing. Your complaint is not grievable.

G. Wessollek          Date: 01/21/2023
Officer's Signature

# Cochise County Jail Inmate Grievance – Level One

V.  Shift Supervisor's or assigned officer's action and receipt (informal):  I have addressed the nature of the complaint of the above named inmate and have taken the following action:

_____

_____

_____

_____

_____

_____

_____ Return a copy to inmate if resolved.
_____          _____
Supervisor's Signature                              Date

_____  File in "Grievance File" (informally resolved).          **Tracking #:** 23-0011 _____

__X____  Continue as a Formal Grievance

_Chris Tim y_____          _1/21/23_____
Inmate Signature                                                    Date

---

**DATE RECEIVED:** _____          **NUMBER:** _____

VI.  Investigating Officer's Response (Formal):  I have investigated the above grievance and have taken the following action:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ Return a copy to inmate.
_____          _____
Investigating Officer Signature                       Date

_____          _____
Inmate Signature                                          Date

---

**TO INMATE:**  IF NOT SATISFIED WITH THE INVESTIGATING OFFICER'S RESOLUTION, SUBMIT A LEVEL-TWO GRIEVANCE APPEAL FORM WITHIN 3 DAYS OF RECEIPT TO THE JAIL COMMANDER.

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _6TH Amendment_
_Rights To legal Access in Cochese county Jail_

2.  **Count II.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: _Law Library_

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_Arrested and Charged with possession of_
_Baggie containing Residue, Arresting officer._

_Claim's it was meth, Supporting statues -_
_13-3408, ARS - Not enough to Be tested, Inmate_
_was unable to Assist in, his legal Battle in_
_self defense, grievance, Response Next page._

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_Sentence To 2 years prison,_

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?     ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?     ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

*Inmate needs copy*

# Cochise County Jail Inmate Grievance – Level One

To: *Grievance officer*     Received By: *Ofc Wessolleck*     Date/Time: *01/20/23   1530*

From: *Chad Tingley*     *88875*     *SE 15*     *1/20/23*
Inmate Name     Booking #     Pod/Cell #     Date

**I. Grievance (To be completed by Inmate):** Describe the reasons and nature for your complaint.

*Flat refused my right to the law library its been weeks since I have requested access almost 3 weeks*

**II. Grievance (To be completed by Inmate):** Document reasonable attempts to resolve complaint informally prior to filing this formal grievance.

*Asked several times to go to the library and been refused and been denied the ability to file motions with the court without an attorney*

**III. Grievance (To be completed by Inmate):** Explain your reasonable proposed resolution.

*give me access to library with decent information and the right to file motions thru the jail to the court system without using the mail system*

*Chad Tingley*     *1/20/23*
Inmate Signature     Date

**IV. Duty Officer's resolution (to be completed by duty officer prior to forwarding to Shift Supervisor):**

*I Ofc Wessolleck checked all requests for the law library. Your request from 1st January 2023 is on the list. Due to the high number of inmates/requests and the limited time for law library (only at weekends after court) the waiting time can take a few weeks.*

*G. Wessolleck*     01/21/2023
Officer Signature     Date

# Cochise County Jail Inmate Grievance – Level One

V. Shift Supervisor's or assigned officer's action and receipt (informal): I have addressed the nature of the complaint of the above named inmate and have taken the following action:

_____

_____

_____

_____

_____

_____   Return a copy to inmate if resolved.
        Supervisor's Signature                        Date

_____   File in "Grievance File" (informally resolved).        Tracking #: _23 - 0613_____

   X   Continue as a Formal Grievance

_____        _____
        Inmate Signature                              Date

---

DATE RECEIVED: _____        NUMBER: _____

VI. Investigating Officer's Response (Formal): I have investigated the above grievance and have taken the following action:

_____

_____

_____

_____

_____

_____

_____

_____

_____   Return a copy to inmate.
        Investigating Officer Signature                  Date

_____        _____
        Inmate Signature                              Date

---

**TO INMATE**: IF NOT SATISFIED WITH THE INVESTIGATING OFFICER'S RESOLUTION, SUBMIT A LEVEL-TWO GRIEVANCE APPEAL FORM WITHIN 3 DAYS OF RECEIPT TO THE JAIL COMMANDER.

Inmate needs Copy

# Cochise County Jail Inmate Grievance – Level One

To _Grievance officer_       Received By: _Ofc Wessouey_   Date/Time: _01/20/23_   _1530_

From: _Chad Tingley_   Booking #_88875_   Pod/Cell #_SE 15_   Date _1/20/23_

I. Grievance (To be completed by Inmate): Describe the reasons and nature for your complaint.

_Flat refused my right to the law library its been weeks since I have requested access almost 3 weeks_

II. Grievance (To be completed by Inmate): Document reasonable attempts to resolve complaint informally prior to filing this formal grievance.

_Asked several times to go to the library and been refused and been denied the ability to file motions with the court without a attorney_

III. Grievance (To be completed by Inmate): Explain your reasonable proposed resolution.

_give me access to library with decent information and the right to file motions threw the jail to the court system without using the mail system_

_Chad Tingley_   _1/20/23_
Inmate Signature          Date

IV. Duty Officer's resolution (to be completed by duty officer prior to forwarding to Shift Supervisor):

_I Ofc Wessolek checked all requests for the law library. Your request from 1st January is on the list. Due to the high number of inmates/requests and the limited time for law library (only at weekends after court) the waiting time can take a few weeks._

_G. Wessolek_   _01/21/2023_
Officer's Signature        Date

_frank Croix 520-249-5259_

# Cochise County Jail Inmate Grievance – Level One

V. Shift Supervisor's or assigned officer's action and receipt (informal): I have addressed the nature of the complaint of the above named inmate and have taken the following action:

Requests to use the law library are handled on a "first come, first served basis". There are requests that are ahead of yours. We will get to your request as soon as possible. You can send motions to the court through the jail.

_____ 1/24/23  Return a copy to inmate if resolved.
Supervisor's Signature          Date

_____ File in "Grievance File" (informally resolved).

Tracking #: 23-0013

_____ Continue as a Formal Grievance

_____
Inmate Signature                          Date

---

DATE RECEIVED: _____          NUMBER: _____

VI. Investigating Officer's Response (Formal): I have investigated the above grievance and have taken the following action:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ Return a copy to inmate.
Investigating Officer Signature              Date

_____
Inmate Signature                          Date

---

**TO INMATE:** IF NOT SATISFIED WITH THE INVESTIGATING OFFICER'S RESOLUTION, SUBMIT A LEVEL-TWO GRIEVANCE APPEAL FORM WITHIN 3 DAYS OF RECEIPT TO THE JAIL COMMANDER.

*Inmate needs copy*

# Cochise County Jail Inmate Grievance – Level One

To: Grievance officer          Received By: Ofc Wessouey          Date/Time: 01/20/23   1530

From: Chad Tingley     88875     SE 15     1/20/23
_____     _____     _____     _____
Inmate Name          Booking #    Pod/Cell #   Date

I. **Grievance (To be completed by Inmate):** Describe the reasons and nature for your complaint.

Flat refused my right to the law library its been weeks since I have requested access almost 3 weeks

II. **Grievance (To be completed by Inmate):** Document reasonable attempts to resolve complaint informally prior to filing this formal grievance.

Asked several times to go to the library and been refused and been denied the ability to file motions with the court without a attorney

III. **Grievance (To be completed by Inmate):** Explain your reasonable proposed resolution.

give me access to library with decent information and the right to file motions thraw the jail to the court system without using the mail system

Chad Tingley          1/20/23
_____          _____
Inmate Signature          Date

IV. **Duty Officer's resolution** (to be completed by duty officer prior to forwarding to Shift Supervisor):

_____

_____

_____

_____

_____          _____
Officer's Signature                          Date

# Cochise County Jail Inmate Grievance – Level One

V.  Shift Supervisor's or assigned officer's action and receipt (informal):  I have addressed the nature of the complaint of the above named inmate and have taken the following action:

_____

_____

_____

_____

_____

_____ Return a copy to inmate if resolved.

_____     _____
Supervisor's Signature                                        Date

_____   File in "Grievance File" (informally resolved).     Tracking #: 23-0013 _____

_____   Continue as a Formal Grievance

_____
Inmate Signature                                                    Date

---

**DATE RECEIVED:** _____         **NUMBER:** _____

VI.  Investigating Officer's Response (Formal):  I have investigated the above grievance and have taken the following action:

_____

_____

_____

_____

_____

_____

_____

_____

_____ Return a copy to inmate.

_____     _____
Investigating Officer Signature                           Date

_____
Inmate Signature                                                    Date

---

**TO INMATE**:  IF NOT SATISFIED WITH THE INVESTIGATING OFFICER'S RESOLUTION, SUBMIT A LEVEL-TWO GRIEVANCE APPEAL FORM WITHIN 3 DAYS OF RECEIPT TO THE JAIL COMMANDER.

## COUNT III

1. State the constitutional or other federal civil right that was violated: _STATE OF ARIZONA And 14TH Amendment W.S CONSTITUTION_

2. **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _"TRANSPORTATION VIOLATION"_

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   _April 1ST of, The year 2020_
   _Supreme court Ruling Due to Covid-19 And_
   _County's Need to check with other counties_
   _Before Sending inmate's to prison. Stop me page 2_
   _court Returns,_
   _From maricopa To The Tucson_
   _complex Then to cochise county for court_
   _Appearence on open case, Booking 88875 SE-15_
   _petition for presentencing credits - Filed on_
   _march 19TH 2023, Not yet Answer By the court_
   _IN Bisbee Arizona,_

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Filed, Copie of motion, With State Bar of_ _Arizona, 4201 North 24TH, PHX Az  85004_

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

I/m COPY

# Cochise County Jail Inmate Grievance – Level One

To: Grievance officer          Received By: H. Sanders   Date/Time: 12/11/22 1930

From: Chad Tingley          88875   SD8          12/10/22

Inmate Name          Booking #          Pod/Cell #          Date

I.   Grievance (To be completed by Inmate):  Describe the reasons and nature for your complaint.

Unnessary segregation when covrid is
Long over / 23 hour lock down for no
reason at all Jail over-capacity is not our problem

II.   Grievance (To be completed by Inmate): Document reasonable attempts to resolve complaint informally prior to filing this formal grievance.

Questioned officers about excessive lock down
no answers provided

III.   Grievance (To be completed by Inmate): Explain your reasonable proposed resolution.

This is unnessary punishment these laws are
prohibted by the Constitution of the United States

Chad Tingley          12/10/22
Inmate Signature          Date

IV.   Duty Officer's resolution (to be completed by duty officer prior to forwarding to Shift Supervisor):

See Part 5.

H. Sanders 2114          12/11/22
Officer's Signature          Date

# Cochise County Jail Inmate Grievance – Level One

V. Shift Supervisor's or assigned officer's action and receipt (informal): I have addressed the nature of the complaint of the above named inmate and have taken the following action:

COVID procedures are not a punishment. They are put in place and recommended by the CDC guidelines.

_H. Sanders 2114_  _12/11/22_  Return a copy to inmate if resolved.
Supervisor's Signature        Date

_____ File in "Grievance File" (informally resolved).        Tracking #: 22-0098

___✓___ Continue as a Formal Grievance

_Chris my_
Inmate Signature                                        Date

---

DATE RECEIVED: _12/13/22_                    NUMBER: _____

VI. Investigating Officer's Response (Formal): I have investigated the above grievance and have taken the following action:

The inmate has not provided a reasonable resolution. The inmate has listed personal opinions and provided nothing relevant to their complaint.

Officer Sanders has responded appropriately.

_Lt. Heisner_                    _12/14/22_   Return a copy to inmate.
Investigating Officer Signature        Date

_____        _____
Inmate Signature                        Date

---

**TO INMATE:** IF NOT SATISFIED WITH THE INVESTIGATING OFFICER'S RESOLUTION, SUBMIT A LEVEL-TWO GRIEVANCE APPEAL FORM WITHIN 3 DAYS OF RECEIPT TO THE JAIL COMMANDER.

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Caunt one, 500,000, And
Caunt Two 500,000.
With All Medical Experices covered After
Release
punitive Damages- pain And Suffering
Settlement, Requested 1,500,000 million Dollars

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____5/2/23_____
DATE

_____Chris Tinney_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may
attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.