Legal mail

Inmate Chad Pugley
ADC # 217685
Arizona State Prison Complex Tucson
Unit Whetstone Unit
PO Box 24400 - Lock Wing
Tucson, AZ 85734

Legal Mail

RECEIVED
MAY 5 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

Attn: Deputy Clerk of the Court
United States District of Arizona
405 Congress Street
Tucson, Arizona 85701




quadient
FIRST-CLASS MAIL
IMI
$001.74⁰
05/03/2023 ZIP 85
041M31219952